```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
_____

**Case Title:** Colton Scott Paulhus     **Case No.:** 24-24588 - B - 7
**Adversary Title:** Zanzucchi v.        **Adv No.:** 25-02010
Paulhus
                                         **Docket Control No.**
                                         **Date:** 08/19/2025
                                         **Time:** 11:00 AM

**Matter:** Pre-Trial Conference Re: Amended Complaint - [6] - Amended
Complaint filed by Plaintiff Lara M Zanzucchi (wmim)

**Judge:** Christopher D. Jaime
**Courtroom Deputy:** Danielle Mobley
**Reporter:** Electronic Record
**Department:** B
_____

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff - Lara M Zanzucchi
**Respondent(s):**
Defendant's Attorney - Peter G. Macaluso
_____
```

## CIVIL MINUTES

PRE-TRIAL CONFERENCE CONTINUED TO 10/21/2025 at 11:00 AM at Sacramento Courtroom 32, Department B.  Status report shall be filed on or before October 21, 2025.  Defendant shall respond to Plaintiff's production of documents by September 19, 2025.

Lara M Zanzucchi

2521 Leslie Ave

Martinez CA 94553