**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FILED OCT 21 2025 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No. 24-24588-B-7
)
COLTON PAULHUS, ) Adversary No. 25-2010
)
)
          Debtor(s). )
_____ )
)
LARA M. ZANZUCCHI, on behalf of )
herself and all aggrieved )
parties therein, )
)
          Plaintiff(s), )
)
v. )
)
COLTON PAULHUS, )
)
          Defendant(s). )
_____ )

**ORDER APPOINTING RESOLUTION ADVOCATE AND ASSIGNMENT
TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM**

    This adversary proceeding is hereby assigned to the Bankruptcy Dispute Resolution Program of this district, and the following is appointed as Resolution Advocate:

          Valery Loumber, Esq.
          Gavrilov & Brooks
          2315 Capitol Avenue
          Sacramento, CA 95816
          (916) 504-0529

          <u>ALTERNATE RESOLUTION ADVOCATE</u>
          Barry H. Spitzer, Esq.
          Law Office of Barry H. Spitzer
          980 9th Street, #380
          Sacramento, CA 95814
          (916) 442-9002

The attorneys for the parties are:

    Plaintiff (appearing pro se)
    Lara M Zanzucchi
    2521 Leslie Ave
    Martinez CA 94553
    415-706-2082

    Attorney for Defendant
    Peter G. Macaluso
    The Law Office of Peter Macaluso
    7230 S Land Park Dr
    Suite 127
    Sacramento CA 95831-3658
    916-392-6591

Dated: October 21, 2025.

_____
CHRISTOPHER D. JAIME, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Valery Loumber, Esq.
Gavrilov & Brooks
2315 Capitol Avenue
Sacramento, CA 95816

Barry H. Spitzer, Esq.
Law Office of Barry H. Spitzer
980 9th Street, #380
Sacramento, CA 95814

Lara M Zanzucchi
2521 Leslie Ave
Martinez CA 94553

Peter G. Macaluso
The Law Office of Peter Macaluso
7230 S Land Park Dr
Suite 127
Sacramento CA 95831-3658