# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re<br>Colton Scott Paulhus,<br>        Debtor. | ) Case No.: 24-24588 - B - 7<br>) Adv No.: 25-02010<br>) Docket Control No.:<br>) Document No.: 6<br>) |
| Zanzucchi,<br>        Plaintiff,<br>v.<br>Paulhus,<br>        Defendant. | )<br>) Date: 10/21/2025<br>) Time: 11:00 AM<br>) Dept: B<br>)<br>)<br>) |

**Order**

For reasons stated orally on the record and good cause appearing.

IT IS ORDERED that the pre-trial conference hearing is CONTINUED to January 20, 2026 at 11:00 a.m.

**Dated:** October 23, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Lara M Zanzucchi
2521 Leslie Ave
Martinez CA 94553